UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TORRICK JOHNTRELLE RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| WASTE INDUSTRIES ) | |
| INCORPORATION, ) | No. 4:12-CV-294-FL |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion to Dismiss for Failure to State a Claim and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 19, 2013, and for the reasons set forth more specifically therein, that Defendant's Motion to Dismiss for Failure to State a Claim is GRANTED. The Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 22, 2013, and Copies To:**
Torrick Johntrelle Rodgers (via U.S. Mail) Edgecombe County Detention Center
                                            3005 Anaconda Road, Tarboro, NC 27886
Michael Dean DeFrank (via CM/ECF Notice of Electronic Filing)
Paul J. Puryear, Jr. (via CM/ECF Notice of Electronic Filing)


August 22, 2013                       JULIE A. RICHARDS, CLERK
                                                /s/ Christa N. Baker
                                                 (By) Christa N. Baker, Deputy Clerk